**Denied and Opinion Filed April 14, 2021**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00074-CV

## IN RE HON. KIM COOKS, Relator

**Original Proceeding from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-10014998-Z**

## MEMORANDUM OPINION

Before Justices Schenck, Nowell, and Garcia
Opinion by Justice Nowell

Relator's February 2, 2021 petition for writ of mandamus challenges the trial

court's order on the amicus attorney's second motion for deposit to secure fees. To

be entitled to mandamus relief, relator must demonstrate that the trial court has

clearly abused its discretion and that she has no adequate appellate remedy. *In re*

*Prudential Ins. Co.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). Based

on our review of the petition and the record before us, we conclude that relator has

failed to show her entitlement to the relief requested. Accordingly, we deny the petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a).

/Erin A. Nowell/
ERIN A. NOWELL
JUSTICE

210074F.P05